UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kimberly Ann Henny,

    Plaintiff,

v.

Andre Matevousian, Regional Director, Bureau of Prisons; Dr. Reyna, Chief of Psychology, FCI Waseca, Minnesota; T. Peterson, Health Services Administrator, FCI Waseca, Minnesota; P.A. Taylor, Physician Assistant, FCI Waseca, Minnesota; Deann Hiller, Unit Team Manager, FCI Waseca, Minnesota; Warden Mistell Starr, Warden FCI Waseca; Ms. Omelson, Central Office, BOP, Washington, D.C.; and T. Vaught, Associate Warden, FCI Waseca,

    Defendants.

Civ. No. 22-2122 (JWB/LIB)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 13, 2023. No objections to the Report and Recommendation have been filed within the permitted time period. Based on the Report and Recommendation, and all of the files, records, and proceedings,

**IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation (Doc. No. 11) is **ACCEPTED**;

    2.    This action is **DISMISSED WITH PREJUDICE** for failure to prosecute;

    3.    Plaintiff's motion for reconsideration (Doc. No. 6) is **DENIED**; and

2

4. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 2, 2023

*/s/ Jerry W. Blackwell*_____
Jerry W. Blackwell
United States District Judge